UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SECOND DIVISION

---

Estela Reyes-Martinon,

Plaintiff,

vs.

Donald Wilbur Martin and
Ronald Joseph McLaughlin,

Defendants.

Case No.: 01-CV-972 PAM/SEN

---

**STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel, that the above-entitled action, including all crossclaims, counterclaims and third-party claims, may be and hereby is dismissed on the merits with prejudice and without costs to any party.

IT IS HEREBY FURTHER STIPULATED AND AGREED that any party hereto may, without notice to any other party, cause judgment of dismissal with prejudice on the merits to be entered herein.

Gary Stoneking #106069
STONEKING LAW OFFICE
Attorney for Plaintiff
3605 France Avenue North
Minneapolis, Minnesota 55422-2337
Telephone: (763) 302-9792

Barry G. Vermeer #122646
GISLASON & HUNTER LLP
Attorneys for Defendants
Suite 215E, 9900 Bren Road East
P. O. Box 5297
Minnetonka, Minnesota 55343-2297
Telephone: (952) 933-9900

FILED SEP 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 12 2002
DEPUTY CLERK

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action, including all crossclaims, counterclaims and third-party claims, is hereby dismissed with prejudice on the merits and without cost to any party.

JUDGMENT MAY BE ENTERED ACCORDINGLY.

DATED: September 11, 2002

BY THE COURT:

Judge of District Court

MPLIB:101713.1